UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DWAYNE D. WILLIAMS**, <br><br> Petitioner, <br> vs. <br><br> **CONNIE HORTON**, <br><br> Respondent. | **JUDGMENT** <br><br> **2:21-CV-12667-TGB** |

The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, and in accordance with the Memorandum Opinion and Order entered on this day, it is **ORDERED AND ADJUDGED** that:

(1) The Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE.**
(2) A Certificate of Appealability is **DENIED.**
*(3)* Petitioner is **DENIED** leave to appeal *in forma pauperis*.

Dated at Detroit, Michigan: August 17, 2022

                                                             KINIKIA ESSEX
                                                             CLERK OF THE COURT

                                                             s/A. Chubb
                                                             Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE